FILED

02/03/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0716

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0716

_____

RODNEY BRANDT, HEIDI BRANDT,
MARSHALL FLADAGER, NEVA FLADAGER,
ARRY LAUTARET  and RENA LAUTARET,

        Plaintiffs, Appellees, and
        Cross-Appellants,

   v.

R&R MOUNTAIN ESCAPES, LLC, A
MONTANA LIMITED LIABILITY COMPANY,

        Defendant, Appellant, and
        Cross Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Wednesday, March 19, 2025, at 9:30 a.m. in the courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for Appellant and thirty (30) minutes for Appellees.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to Honorable Danni Coffman, District Judge.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 7 2025